## PARSONS V. ALABAMA STEEL & WIRE COMPANY.

*Bill in Chancery.*

(Decided Feb. 17th, 1907.   40 So. Rep. 1038.)

APPEAL from Jefferson Chancery Court.
Heard before HON. J. C. CARMICHAEL.
R. M. LOWE and W. H. CARNEY, for appellant.
SMITH & SMITH, for appellee.
Affirmed.
Opinion by DOWDELL, J.
HARALSON, SIMPSON, ANDERSON and DENSON, JJ., concur.

---

## SHEFFIELD RY. CO. V. GIPSON.

*Damages.*

(Decided Feb. 1st, 1907.   40 So. Rep. 1038.)

APPEAL from Colbert Circuit Court.
Heard before Hon. E. B. ALMAN.
No counsel marked for either party.
Per curiam.
Dismissed for want of prosecution.

---

## SMITH V. THE STATE.

*Crime.*

(Decided Feb. 17th, 1906.   40 So. Rep. 1038.)

APPEAL from Geneva County Court.
Heard before Hon. P. N. HICKMAN.
No counsel marked for appellant.
MASSEY WILSON, Attorney General, for State.
Opinion by HARALSON, J.
DOWDELL, SIMPSON, ANDERSON and DENSON, JJ., concur.
Affirmed.